UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| National Immigration Litigation Alliance; Refugees International,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>U.S. Department of State<br><br>　　　　　　　　　Defendant. | Civil Action No. 1:25-cv-11692-LTS |

**ANSWER TO COMPLAINT**

Defendant, the U.S. Department of State (the "Department" or "State") hereby answers the Complaint in the above-captioned matter as follows:

By way of general response, all allegations made or intended to be made against Defendant are denied unless specifically admitted, and any factual averment admitted is admitted only as to the specific facts and not as to any conclusions, characterizations, implications, or speculations stated, incorporated, or implied in connection therewith. Defendant reserves its right to amend this Answer if appropriate following further investigation in this matter. The foregoing is incorporated into each paragraph of this Answer.

Defendant responds as follows to the individual paragraphs set forth in the Complaint:

## INTRODUCTION[1]

1.      This paragraph characterizes the legal action and therefore requires no response. Defendant respectfully refers the Court to the cited FOIA request for a full and accurate statement of its contents.  Defendant states that the last sentence makes a mixed assertion of fact and law; to the extent required, the allegations are denied.

2.      Paragraph 2 consists of factual allegations and legal characterizations which are unrelated to Plaintiffs' legal claims against Defendant under FOIA, to which no response is required.

3.      Paragraph 3 consists of factual allegations which are unrelated to Plaintiffs' legal claims against Defendant under FOIA, to which no response is required.

4.      Defendant admits it received a FOIA request from Plaintiffs on or about April 5, 2025. Defendant respectfully refers the Court to the cited materials for a full and accurate statement of its contents. Defendant admits the allegation that, as of the date of this Answer, State has not produced any records to Plaintiffs in response to the FOIA request at issue but denies Plaintiffs' characterization of Defendant's response to the FOIA request and avers that processing of Plaintiffs' request is ongoing.

## JURISDICTION AND VENUE

5.      Paragraph 5 consists of Plaintiffs' conclusions of law, to which no response is required. To the extent a response is deemed required, Defendant admits that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms and limitations of the FOIA.

6.      The allegations contained in Paragraph 6 consist of Plaintiffs' legal conclusions regarding venue to which no response is required. To the extent a response is deemed required, Defendant admits

---

[1] For ease of reference only, Defendant's Answer replicates the headings contained in the Complaint.  Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

2

that venue can be found in this judicial district.

7. Paragraph 7 consists of Plaintiff's conclusions of law, to which no response is required.

## PARTIES

8. The allegations contained in this paragraph consist of Plaintiff National Immigration Litigation Alliance's characterization of itself to which no response is required. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

9. The allegations contained in this paragraph consist of Plaintiff Refugees International's characterization of itself to which no response is required. To the extent that a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

10. Defendant admits that it is an agency of the United States government, and that it, among other agencies, represents the United States overseas and negotiates agreements with foreign nations, among other duties. The remaining allegations consist of legal conclusions to which no response is required.

## FACTUAL ALLEGATIONS

11. Defendant admits it received a FOIA request from Plaintiffs on or about April 5, 2025. Defendant respectfully refers the Court to the cited letter for a full and accurate statement of its contents, and any allegations inconsistent therewith are denied.

12. The allegations in Paragraph 12 consist of Plaintiff's characterization of its own actions to which no response is required. Defendant respectfully refers the Court to the cited FOIA request for a full and accurate statement of its contents.

13. Defendant admits the Department acknowledged receipt of Plaintiffs' FOIA request by an email dated April 5, 2025, and that the email deferred any decision on a fee waiver. Defendant respectfully refers the Court to the cited acknowledgement email for a full and accurate statement of its

3

contents.

14. Defendant respectfully refers the Court to the cited materials for a full and accurate statement of its contents. Defendant admits the allegation that, as of the date of this Answer, State has not produced any records to Plaintiffs in response to the FOIA request at issue but denies Plaintiffs' characterization of Defendant's response to the FOIA request and avers that processing of Plaintiffs' request is ongoing.

## CLAIMS FOR RELIEF

### COUNT ONE

**Violation of FOIA, 5 U.S.C. § 552(a)(6)(c)**
**Failure to Timely Respond**

15. Defendant realleges and incorporates by reference all the preceding paragraphs of this Answer as if fully stated herein.

16. The allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

17. Defendant admits it received a FOIA request from Plaintiffs on or about April 5, 2025. Defendant respectfully refers the Court to the cited materials for a full and accurate statement of its contents. Defendant admits the allegation that, as of the date of this Answer, State has not produced any records to Plaintiffs in response to the FOIA request at issue but denies Plaintiffs' characterization of Defendant's response to the FOIA request and avers that processing of Plaintiffs' request is ongoing. The remaining allegations in this paragraph consist of legal conclusions to which no response is required.

18. The allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

## COUNT TWO

### Violation of FOIA, 5 U.S.C. § 552(a)(3)
### Failure to Conduct an Adequate Search and to Disclose Responsive Records

19. Defendant realleges and incorporates by reference all the preceding paragraphs of this Answer as if fully stated herein.

20. The allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

21. Defendant denies that the Department has not conducted any search for records responsive to Plaintiffs' FOIA request. Defendant admits the allegation that, as of the date of this Answer, State has not produced any records to Plaintiffs in response to the FOIA request at issue but denies Plaintiffs' characterization of Defendant's response to the FOIA request and avers that processing of Plaintiffs' request is ongoing. The remaining allegations in this paragraph consist of legal conclusions to which no response is required.

22. This paragraph consists of a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

## COUNT THREE

### Violation of FOIA, 5 U.S.C. § 552
### Failure to Grant Plaintiffs' Public Interest Fee Waiver Request

23. Defendant realleges and incorporates by reference all the preceding paragraphs of this Answer as if fully stated herein.

24. The allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

25. Defendant admits that, as of the date of this Answer, the Department has not made a determination on Plaintiffs' request for a fee waiver. The remaining allegations in this paragraph consist

5

of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

The remaining portion of the Complaint contains Plaintiffs' request for relief to which no response is required. To the extent that a response is required, Defendant denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever. Defendant denies all allegations in the Complaint not expressly admitted or denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any information that Defendants have withheld, or will withhold, in response to Plaintiffs' FOIA request may be exempt in whole or in part from public disclosure under the FOIA, 5 U.S.C. § 552 *et seq.*, and the Privacy Act, 5 U.S.C. § 552a *et seq.*

### THIRD AFFIRMATIVE DEFENSE

The Court lacks jurisdiction over any matter to the extent Plaintiffs failed to satisfy prerequisites to suit, as well as over any requests or allegations that are not contained in a FOIA request at issue in this action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' request submitted under the FOIA, 5 U.S.C. § 552, as amended, did not reasonably describe the records sought.

### FIFTH AFFIRMATIVE DEFENSE

At all times alleged in the Complaint, Defendants were acting in good faith, with

justification, and pursuant to authority.

## SIXTH AFFIRMATIVE DEFENSE

Defendants have exercised due diligence in processing Plaintiffs' FOIA request and exceptional circumstances exist that necessitate additional time for Defendants to complete the processing of Plaintiffs' FOIA request. *See* 5 U.S.C. § 552(a)(6)(c).

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to attorneys' fees.

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known through the course of the litigation.

WHEREFORE, Defendant prays that:

1. Plaintiff take nothing by its Complaint;

2. The Complaint be dismissed with prejudice;

3. No injunctive relief be awarded to Plaintiff;

4. Defendant be awarded its costs of suit;

5. Judgment be entered in favor of Defendant; and

6. The Court grant such other and further relief as it may deem proper.

                                          Respectfully submitted,
                                          LEAH B. FOLEY
                                          United States Attorney

Dated: July 16, 2025             By:    */s/ Shawna Yen*

                                          SHAWNA YEN
                                          Assistant U.S. Attorney
                                          United States Attorney's Office
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA  02210
                                          617-748-3100
                                          Shawna.Yen@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

                                          */s/ Shawna Yen*
                                          SHAWNA YEN
                                          Assistant U.S. Attorney

Dated:  July 16, 2025