# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| National Immigration Litigation Alliance;<br>Refugees International,<br><br>                      Plaintiffs,<br>    v.<br><br>U.S. Department of State,<br><br>                      Defendant. | Civil Action No. 1:25-cv-11692-LTS |

## JOINT STATUS REPORT

The Parties, Plaintiffs National Immigration Litigation Alliance and Refugees International, and Defendant, the U.S. Department of State, respectfully submit this Joint Status Report in response to the Court's July 25, 2025, electronic order (ECF No. 12).

1. On April 5, 2025, Plaintiffs submitted their Freedom of Information Act request, seeking records "prepared, received, transmitted, and/or collected by the U.S. Department of State that relate to arrangements made between the United States and the governments of Panama, Costa Rica, Guatemala, El Salvador, Honduras, and/or Mexico, respectively, since January 20, 2025, whereby any or all of these countries agreed to receive third country nationals being removed, transferred, or otherwise expelled from the United States." (ECF Doc. 1-3 at 1).

2. On June 10, 2025, Plaintiffs filed a FOIA Complaint for Declaratory and Injunctive Relief. (ECF Doc. 1 at 1).

3. On July 16, 2025, Defendant, the U.S. Department of State, filed an Answer to the Complaint. (ECF Doc. 8).

4. On July 21, 2025, the parties met and conferred about this matter.

5. Defendant has informed Plaintiffs that it has begun and is continuing to search for and review documents potentially responsive to Plaintiffs' FOIA request.

6. Defendant made its first production of records on August 25, 2025, in which Defendant stated that it had "identified two records responsive to the FOIA" and "determined that both records may be released in part." The production contained 26 pages of responsive records, released in part. The Department represents that it processed over 300 pages of potentially responsive material for its first production.

7. Defendant estimates that there are approximately 215 potentially responsive documents remaining to be processed at this time. This number is a preliminary, initial count and may change. Defendant will provide an approximate page count to Plaintiffs once it is available and will provide an initial count by October 28, 2025.

8. The parties have agreed that Defendant, for the next two months, will process approximately 300 pages of records per month and make rolling productions of non-exempt, responsive material.

9. Defendant will make its next two productions on or before September 29, 2025, and on or before October 27, 2025, respectively.

WHEREFORE, for the reasons stated herein, the parties respectfully propose that they submit a joint status report by September 30, 2025, to update the Court on the status of Plaintiff's request.

Respectfully submitted,

| PLAINTIFF | DEFENDANT |
|---|---|
| By their counsel, | By its counsel, |
| | |
| s/ *Kristin Macleod-Ball* | LEAH B. FOLEY |
| Kristin Macleod-Ball* | United States Attorney |
| Mary Kenney* | |
| National Immigration Litigation Alliance | /s/ *Shawna Yen* |
| 10 Griggs Terrace | Shawna Yen |
| Brookline, MA 02446 | Assistant U.S. Attorney |
| (617) 506-3646 | U.S. Attorney's Office |
| kristin@immigrationlitigation.org | 1 Courthouse Way, Ste. 9200 |
| mary@immigrationlitigation.org | Boston, MA  02210 |
| | (617) 784-3100 |
| Stephanie Marzouk | |
| Marzouk Law LLC | |
| 2464 Massachusetts Ave, Ste 317 | |
| Cambridge, MA 02140 | |
| (617) 674-2112 | |
| sym@marzouklaw.com | |

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

/s/ *Shawna Yen*
SHAWNA YEN
Assistant U.S. Attorney

Dated:  August 29, 2025