# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL IMMIGRATION LITIGATION ALLIANCE; REFUGEES INTERNATIONAL,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>　　　　Defendant. | CA No.: 1:25-CV-11692-LTS |

## PARTIES' JOINT STATUS REPORT AND PROPOSED JOINT SCHEDULE

The parties respectfully submit this Joint Status Report and Proposed Joint Schedule in the above-captioned matter.

On June 10, 2025, Plaintiffs filed the Complaint in this matter, bringing claims under the Freedom of Information Act.  Defendant filed its Answer to the Complaint on July 16, 2025.

The parties filed Joint Status Reports on July 24, 2025; August 29, 2025; and September 30, 2025.

On October 6, 2025, the Court granted Defendant's Assented-To Motion to Stay this matter given the lapse in appropriations.

On November 14, 2025, Defendant filed a Notice of Restoration of Appropriations with the Court.  (ECF Doc. 19).  The parties now propose the following joint schedule.

Defendants' next production and provision of the page count for the responsive records will be due by **December 10, 2025**.

The parties' next Joint Status Report will be due by **December 11, 2025.**

Wherefore, the Parties request that the Court adopt the proposed schedule set forth above.

|  |  |
|---|---|
| PLAINTIFF<br>By their counsel,<br><br>s/ *Kristin Macleod-Ball*<br>Kristin Macleod-Ball*<br>Mary Kenney*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>(617) 506-3646<br>kristin@immigrationlitigation.org<br>mary@immigrationlitigation.org<br><br>Stephanie Marzouk<br>Marzouk Law LLC<br>2464 Massachusetts Ave, Ste 317<br>Cambridge, MA 02140<br>(617) 674-2112<br>sym@marzouklaw.com<br><br>*Admitted *pro hac vice* | Respectfully submitted,<br><br>DEFENDANT<br>By its counsel,<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Shawna Yen*<br>Shawna Yen<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: (617) 784-3100<br>Email: Shawna.Yen@usdoj.gov |

Dated: November 18, 2025

## CERTIFICATE OF SERVICE

I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: November 18, 2025          By:   */s/ Shawna Yen*
                                                Shawna Yen
                                                Assistant United States Attorney