# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| National Immigration Litigation Alliance; Refugees International,<br><br>          Plaintiffs,<br>v.<br><br>U.S. Department of State,<br><br>          Defendant. | Civil Action No. 1:25-cv-11692-LTS |

## JOINT STATUS REPORT

The Parties, Plaintiffs National Immigration Litigation Alliance and Refugees International, and Defendant, the U.S. Department of State, respectfully submit this Joint Status Report in response to the Court's September 2, 2025, electronic order (ECF No. 14).

1. On April 5, 2025, Plaintiffs submitted their Freedom of Information Act request seeking records "prepared, received, transmitted, and/or collected by the U.S. Department of State that relate to arrangements made between the United States and the governments of Panama, Costa Rica, Guatemala, El Salvador, Honduras, and/or Mexico, respectively, since January 20, 2025, whereby any or all of these countries agreed to receive third country nationals being removed, transferred, or otherwise expelled from the United States."  (ECF Doc. 1-3 at 1).

2. On June 10, 2025, Plaintiffs filed a FOIA Complaint for Declaratory and Injunctive Relief. (ECF Doc. 1 at 1).

3. On July 16, 2025, Defendant, the U.S. Department of State, filed an Answer to the Complaint. (ECF Doc. 8).

4. On July 21, 2025, the parties met and conferred about this matter.

5. Defendant has informed Plaintiffs that it has begun and is continuing to search for and review documents potentially responsive to Plaintiffs' FOIA request.

6. Defendant made its first production of records on August 25, 2025, in which Defendant stated that it had "identified two records responsive to the FOIA" and "determined that both records may be released in part." The production contained 26 pages of responsive records, released in part. The Department represents that it processed over 300 pages of potentially responsive material for its first production.

7. Defendant made its second records production on September 29, 2025. Defendant produced one record, in part, on September 29, 2025. Defendant represents that it processed 300 pages of potentially responsive documents for its second production.

8. Defendant anticipated making its third records production on October 27, 2025. However, the majority of Defendant's FOIA processing staff were furloughed for the month of October and into November due to a lapse in appropriations. During that time, employees of Executive Branch agencies, including the Defendant, were generally prohibited, with limited exceptions, from working during the pendency of that lapse, even on a voluntary basis. As such, processing of records in this case has been delayed, and the prior anticipated production date of October 27, 2025, was not met. In light of that delay and this Court's guidance on deadlines missed during the lapse of appropriations, Defendant issued its third records production in this case on December 10, 2025. That production consisted of five records: two of which were released in part (totaling 36 pages), and three records which were withheld in their entirety.

9. Defendant estimates that there are approximately 87 potentially responsive documents remaining to be processed at this time, totaling 594 pages. This number is an approximation

and may change if and to the extent that additional records are located or supplemental searches are conducted as a result of the review of the remaining records to be processed at the moment. Defendant represents that it processed 300 pages of potentially responsive documents for its third production.

10. The parties have agreed that Defendant, for the next month, will process approximately 300 pages of records per month and make rolling productions of non-exempt, responsive material.

11. Defendant will make its next production on or before January 12, 2025. Defendant will also provide an approximate page count to Plaintiffs of the potentially responsive records remaining to be processed at that time.

WHEREFORE, for the reasons stated herein, the parties respectfully propose that they submit a joint status report by January 15, 2025, to update the Court on the status of Plaintiff's request.

Respectfully submitted,

| PLAINTIFF | DEFENDANT |
|---|---|
| By their counsel, | By its counsel, |
| | |
| s/ *Kristin Macleod-Ball* | LEAH B. FOLEY |
| Kristin Macleod-Ball* | United States Attorney |
| Mary Kenney* | |
| National Immigration Litigation Alliance | /s/ *Shawna Yen* |
| 10 Griggs Terrace | Shawna Yen |
| Brookline, MA 02446 | Assistant U.S. Attorney |
| (617) 506-3646 | U.S. Attorney's Office |
| kristin@immigrationlitigation.org | 1 Courthouse Way, Ste. 9200 |
| mary@immigrationlitigation.org | Boston, MA  02210 |
| | (617) 784-3100 |
| Stephanie Marzouk | |
| Marzouk Law LLC | |
| 2464 Massachusetts Ave, Ste 317 | |
| Cambridge, MA 02140 | |
| (617) 674-2112 | |
| sym@marzouklaw.com | |

*Admitted *pro hac vice*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF and paper copies to those not registered.

/s/ *Shawna Yen*
SHAWNA YEN
Assistant U.S. Attorney

Dated:  December 11, 2025

4